UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dominique Lamonz Tingle**                      **Docket No. 5:11-CR-205-2H**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominique Lamonz Tingle, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and Distribution of 28 Grams or More of Cocaine Base (Crack), Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 12, 2012, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Dominique Lamonz Tingle was released from custody on April 21, 2014, at which time the term of supervised release commenced. On April 1, 2016, a Violation Report was submitted advising that on March 26, 2016, the defendant was charged in Wilson County, North Carolina with Driving While License Revoked. Tingle admitted guilt. The defendant was instructed not to drive until properly licensed, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 6, 2016, the defendant was charged in Wilson County, North Carolina with Driving While License Revoked by Officer R.M. Ward of the Wilson Police Department (16CR701569). Tingle failed to notify the probation officer within 72 hours of this charge as required. During a home inspection on April 21, 2016, the defendant admitted to driving without a license. Additionally, he advised that he was hoping to get this charge dismissed before the probation officer discovered same. As a sanction for these violations, we are recommending that he serve 5 days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Dominique Lamonz Tingle
Docket No. 5:11-CR-205-2H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: April 26, 2016

## ORDER OF THE COURT

Considered and ordered this 2nd day of May, 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge